IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Civil Action No. 2:19-cv-27-BO

| | |
|---|---|
| CURRITUCK COUNTY, NORTH CAROLINA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| ELIZABETH E. LETENDRE, | )<br>) |
| Defendant. | )<br>) |

This matter is before the Court on Defendant Elizabeth E. LeTendre's Motion to Dismiss as Moot Currituck County's Claim for Declaratory Judgment, which is the only remaining claim in this case. Having considered the motion and all other matters properly before it, the Court is of the opinion that the County's Claim for Declaratory Judgment was rejected as a matter of law by this Court in its November 17, 2020 order of partial summary judgment in favor of LeTendre on the same issue (DE 81), and that dismissal of the County's Claim for Declaratory Judgment is therefore appropriate.

NOW, THEREFORE, for these reasons and in light of this Court's Orders of November 17, 2020 (DE 81) and June 2, 2022 (DE 124), there remain no issues for this Court to decide in this matter, and the County's Claim for Declaratory Judgment is hereby dismissed. The clerk is DIRECTED to enter judgment accordingly and close the case.

SO ORDERED, this the 21 day of June, 2022.

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE